Decisions announced without Opinions.

*C. A. Severance* for appellants. *Mr. H. E. Doolittle, Mr. Wm. J. Hunsaker, Mr. A. T. Britton* and *Mr. A. B. Browne* for appellees.

## Decisions on Petitions for Writs of Certiorari.

No. 671. EAGLE *v.* PILLSBURY-WASHBURN FLOUR MILLS COMPANY (LIMITED). Seventh Circuit. Denied February 27, 1899. *Mr. Edward O. Brown* for petitioner. *Mr. Frank F. Reed* opposing.

No. 673. HILLER *v.* LADD. Ninth Circuit. Denied February 27, 1899. *Mr. A. T. Britton, Mr. A. B. Browne* and *Mr. P. G. Galpin* for petitioners. *Mr. C. E. S. Wood* opposing.

No. 676. RHODES *v.* MASON. Sixth Circuit. Denied February 27, 1899. *Mr. Harvey D. Goulder* and *Mr. F. H. Canfield* for petitioners. *Mr. C. E. Kremer* opposing.

No. 693. INTERLAKE TRANSPORTATION COMPANY *v.* MASON. Sixth Circuit. Denied February 27, 1899. *Mr. James H. Hoyt* for petitioners. *Mr. C. E. Kremer* opposing.

No. 690. PELZER *v.* HORN AND BRANNEN MANUFACTURING COMPANY. Third Circuit. Granted February 27, 1899. *Mr. Richard N. Dyer* for petitioner. *Mr. Hector T. Fenton* opposing.

No. 694. HIBBERD *v.* BALTIMORE BUILDING AND LOAN ASSOCIATION. Fourth Circuit. Denied February 27, 1899. *Mr. Henry M. Russell* for petitioners. *Mr. Fielder C. Slingluff* opposing.

No. 699. CARNEGIE STEEL COMPANY (LIMITED) *v.* CHESAPEAKE, OHIO & SOUTHWESTERN RAILROAD COMPANY. Sixth